UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK

MAR 28 2002

──────────────────────────────── X

PEOPLE OF THE STATE OF NEW YORK, by  
ELIOT SPITZER, ATTORNEY GENERAL OF THE  
STATE OF NEW YORK,

           Plaintiff,

- against -

99 Civ. 4951 (CPS)

DELTA FUNDING CORPORATION, DELTA  
FINANCIAL CORPORATION, ALL STATE  
CONSULTANTS, INC. a/k/a & d/b/a CITY  
MORTGAGE BANKERS INC., PGM ENTERPRISE  
INC., RICHMINT FUNDING LTD. d/b/a THE MONEY  
CENTER, TARHEEL FUNDING INC., JOHN DOE  
CORP.'S 1-10, DELTA FUNDING HOME EQUITY  
LOAN TRUST, and BANKERS TRUST COMPANY  
OF CALIFORNIA, N.A.

NOTICE OF DISMISSAL

           Defendants.

──────────────────────────────── X

COME NOW the plaintiff, People of the State of New York, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure dismisses without prejudice their Complaint against defendant Tarheel Funding Inc. Said dismissal is filed without prejudice since defendant has not served an answer to plaintiff's Complaint.

Dated: March 22, 2002

So Ordered  
[signature]  
3/28/02

ELIOT SPITZER  
Attorney General of the State of New York  
120 Broadway  
New York, New York 10271  
(212) 416-8250

By: [signature]  
ANDREW G. CELLI, JR. (AGC-3508)  
Bureau Chief, Civil Rights



MAR 28 2002

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ELIOT SPITZER
Attorney General

DIVISION OF PUBLIC ADVOCACY
CIVIL RIGHTS BUREAU

WRITER'S DIRECT DIAL: 212-416-6278

March 26, 2002

Mr. Stanley Kessler
c/o The Honorable Charles P. Sifton
United States District Court
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re:  *People of the State of New York v. Delta Funding Corp.* 99 Civ. 4951

Dear Mr. Kessler:

As you requested, I have enclosed a copy of the notice of dismissal of defendant Tarheel Funding Inc. which the Office of the Attorney General filed today with the Clerk of the Court.

If you have any questions, please do not hesitate to call.

Sincerely,

Sabrina G. Comizzoli
Assistant Attorney General

Enc.

cc: Ms. Joyce B. David, Esq.
16 Court Street
Brooklyn, N.Y. 11241
Attorney of Record for Defendant Tarheel